In re **Charles Witherspoon**
     **Elizabeth Witherspoon**

Case No. **12-52357**
(if known)

AMENDED

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |

Total: **$0.00**
(Report also on Summary of Schedules)

In re **Charles Witherspoon**  Case No. **12-52357**
**Elizabeth Witherspoon**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Checking | C | $12.80 |
| | | Chase Account | C | $241.18 |
| | | Checking Acount Tech Credit Union | C | $25.16 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Ordinary and usual used furniture, cookware, flatware, religious books, 19 inch television and other household items of no great value. | C | $600.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal and professional clothing | C | $300.00 |
| 7. Furs and jewelry. | | Simple wedding rings and a few chains, wrist watches and earings. | C | $500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

In re **Charles Witherspoon**  Case No. **12-52357**
     **Elizabeth Witherspoon**                                       (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re **Charles Witherspoon**
     **Elizabeth Witherspoon**

Case No. **12-52357**
(if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Future interest in proceeds of ap #08-5205-ASW Filed by Campeau Goodsell & Smith US Bankruptcy Court, Northern District of California San Jose Division. This case was not dismissed. | C | Unknown |
| | | Future interest in proceeds of California Civil Case #111CV203043 Filed by The Deckard Law Firm | C | $240,000.00 |
| | | Future interest in proceeds of personal injury case. The Dunnion Law Firm | C | $0.00 |
| | | Future interest in possible FCRA lawsuit; possible unfair business practices lawsuit; other potential claims that are unknown at this time. | C | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re **Charles Witherspoon**  
**Elizabeth Witherspoon**

Case No. **12-52357**  
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 Mercury | C | $1,700.00 |
| | | 1994 Toyota Camry 295000 miles | C | $1,400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 desk top computers, 6 years old.<br>combined printer, scanner, copier fax machine, 13 years old. | C | $200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | two dachshunds. | C | $1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

In re **Charles Witherspoon**
    **Elizabeth Witherspoon**

Case No. **12-52357**
(if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Exempt proceeds of sale of 45327 Onondaga Dr. Currently held in escrow pending order of the court. | C | $17,833.54 |

_____4_____ continuation sheets attached    **Total >**    **$262,813.68**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **Charles Witherspoon**  Case No. **12-52357**
**Elizabeth Witherspoon**  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450.*

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Chase Account | C.C.P. § 704.070 | $180.88 | $241.18 |
| Ordinary and usual used furniture, cookware, flatware, religious books, 19 inch television and other household items of no great value. | C.C.P. § 704.020 | $600.00 | $600.00 |
| Personal and professional clothing | C.C.P. § 704.020 | $300.00 | $300.00 |
| Simple wedding rings and a few chains, wrist watches and earings. | C.C.P. § 704.040 | $500.00 | $500.00 |
| Future interest in proceeds of personal injury case. The Dunnion Law Firm | C.C.P. §§ 704.140(a), 704.150(a) | $0.00 | $0.00 |
| 1995 Mercury | C.C.P. § 704.010 | $1,700.00 | $1,700.00 |
| 2 desk top computers, 6 years old. combined printer, scanner, copier fax machine, 13 years old. | C.C.P. § 704.020 | $200.00 | $200.00 |
| Exempt proceeds of sale of 45327 Onondaga Dr. Currently held in escrow pending order of the court. | C.C.P. § 704.730 | $17,833.54 | $17,833.54 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $21,314.42 | $21,374.72 |